COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| TAMMY ROBERTSON, | § | |
| | | No. 08-09-00072-CV |
| Appellant, | § | |
| | | Appeal from |
| v. | § | |
| | | County Court at Law No. 6 |
| LINDA VISTA VILLAGE | § | |
| APARTMENTS, BROOKHOLLOW | | of El Paso County, Texas |
| HOLDINGS, L.P., BROOKHOLLOW | § | |
| MANAGEMENT, L.L.C., OAKWOOD | | (TC # 2006-757) |
| PROPERTY COMPANY, STEPHEN W. | § | |
| BAXTER, INC., BROOKINV, | | |
| BROOKGEN, STEPHEN BAXTER, and | § | |
| DAVID WALLENSTEIN, | | |
| | § | |
| Appellees. | | |

## MEMORANDUM OPINION ON MOTION

Pending before the Court is Appellant's motion to dismiss a portion of her appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because Appellant no longer desires to prosecute the appeal. The trial court granted a summary judgment in favor of Stephen Baxter and David Wallenstein along with several other defendants. Appellees do not oppose the motion to dismiss. We grant the motion and dismiss the appeal as to Baxter and Wallenstein only. Costs of are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d). The appeal from the summary judgment granted in favor of the remaining appellees will continue and the style will be changed to *Tammy Robertson v. Linda Vista Village Apartments, Brookhollow Holdings, L.P., Brookhollow Management, L.L.C. Oakwood Property Company, Stephen W. Baxter, Inc., Brookinv, and Brookgen*. Delete Baxter and Wallenstein as parties.

September 30, 2009

_____
ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.